**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Urkiya Lomidze                  CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 25-12491 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of LAKEVIEW LOAN SERVICING LLC and index same on the master mailing list.

                                     Respectfully submitted,

                               /s/ *Matthew Fissel*
                               Matthew Fissel
                               06 Aug 2025, 12:13:46, EDT

                               KML Law Group, P.C.
                               701 Market Street, Suite 5000
                               Philadelphia, PA 19106-1532
                               (215) 627-1322