UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | Urkiya Lomidze | : | Chapter 13 |
| | | : | |
| | | : | Bankruptcy Case Number |
| | | : | 25-12491 AMC |

### CERTIFICATE OF SERVICE

I, **MICHAEL SCHWARTZ, ESQUIRE,** hereby certify that on December 15, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- 2nd Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

**Date: 12/25/25**

\s\ Michael Schwartz
**MICHAEL SCHWARTZ, ESQUIRE**
**Attorney for Debtor**
707 Lakeside Park
Southampton, PA 18966
215-396-7900
msbankruptcy@gmail.com

MAILING LIST EXHIBIT

Creditors:

**Millstone Funding**
**Email: bankruptcy@dedicatedgbc.com**

**PA Dept of Revenue**
**Email: tawashington@pa.gov**

**Achieve Personal Loans**
**Email: bk@achieve.com**

**Police and Fire FCU**
**Email: Smithj3@pffcu.org**

**NJ Turnpike Authority**
Email: akrum@njta.com

**Philadelphia Gas Works**
Email: holly.cullen@pgworks.com

**Landmark Strategy Group**
Email: bcnmail@w-legal.com

**Capital One**
Email: ecfnotices@aisinfo.com

**TD Bank USA NA**
Email: bcnmail@w-legal.com

**Funding Metrics LLC**
Email: Pualette.yiambilis@fundingmetrics.com

**Lakeview Loan Servicing via** CM/ECF system

**Jefferson Capital Systems LLC**
Email: bankruptcy@jcap.com

**LVNV Funding LLC**
Email: askbk@resurgent.com

**Hyundai Capital America**
Email: Cheryl.dickerson@hcs.com

**Quantum3 Group LLC**
Email: claims@quantum3group.com

**Resurgent Receivables LLC**
Email:  askbk@resurgent.com

**Peco**
Email: ceon.bullock@exeloncorp.com

**Water Revenue Bureau**
Email Pamela.Thurmond@phila.gov

**City of Philadelphia**
Email: Megan.Harper@phila.gov

US Trustee, Kenneth West via CM/ECF system