United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-12491-amc |
| Urkiya Lomidze | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 25, 2026 | Form ID: 155 | Total Noticed: 41 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Urkiya Lomidze, 142 Gardner Street, Philadelphia, PA 19116-2608 |
| 15023600 | + | Achieve Personal Loans, P.O.Box 2340, Phoenix, AZ 85002-2340 |
| 15021146 | + | BERNSTEIN-BURKLEY, 601 GRANT STREET 9th Fl, Pittsburgh, PA 15219-4430 |
| 15037015 | + | Lakeview Loan Servicing LLC, C/O Matthew K. Fissel, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15021155 | + | Law Office of Michael Schwartz, 707 Lakeside Park, Southampton, PA 18966-4020 |
| 15021157 | + | Millstone Funding Inc, 80G MONTAUK HIGHWAY SUITE 2, Amity Harbor, NY 11701-3803 |
| 15021158 | + | PECO Bankruptcy Group, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |
| 15021162 | + | THE POLICE & FIRE FC, 3333 STREET RD, BENSALEM, PA 19020-2022 |
| 15021163 | + | Wolf and Cohen, LLC, 436 N. Main Street #1073, Doylestown, PA 18901-3404 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15021145 | + | Email/Text: BankruptcyNotices@Achieve.com | Feb 26 2026 00:29:00 | ACHIEVE PERSONAL LOANS, 1875 S GRANT ST STE 400, SAN MATEO, CA 94402-2676 |
| 15021147 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 26 2026 00:30:06 | CAPITAL ONE AUTO FINAN, PO BOX 259407, PLANO, TX 75025-9407 |
| 15021148 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2026 00:30:06 | CAPITAL ONE BANK USA, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 15083563 | | Email/Text: megan.harper@phila.gov | Feb 26 2026 00:29:00 | City of Philadelphia Law Department, Tax Litigation and Collections Unit, 1401 John F. Kennedy Blvd., 5th floor, Philadelphia, PA 19102 |
| 15069682 | | Email/Text: megan.harper@phila.gov | Feb 26 2026 00:29:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 191021595 |
| 15021149 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 26 2026 00:29:00 | COMENITYCAPITAL/BOSC, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 15021150 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 26 2026 00:29:00 | CREDIT COLLECTION SERV, 725 CANTON ST, NORWOOD, MA 02062-2679 |
| 15021151 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 26 2026 00:30:07 | CREDIT ONE BANK NA, PO BOX 98875, LAS VEGAS, NV 89193-8875 |
| 15023199 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 26 2026 00:30:06 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15035371 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 26 2026 00:30:06 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15021152 | + | Email/Text: bankruptcy@dedicatedgbc.com | Feb 26 2026 00:29:00 | Dedicated Financial, 4000 Lexington Ave Suite |

District/off: 0313-2                            User: admin                                      Page 2 of 3
Date Rcvd: Feb 25, 2026                         Form ID: 155                                     Total Noticed: 41

|  |  |  |  |
|---|---|---|---|
|  |  |  | 125, Shoreview, MN 55126-3153 |
| 15036037 | Email/Text: paulette.yiambilis@fundingmetrics.com | Feb 26 2026 00:28:00 | Funding Metrics, LLC, 3220 Tillman Drive, Suite 200, Bensalem, PA 19020 |
| 15041594 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Feb 26 2026 00:29:00 | Hyundai Lease Titling Trust, P.O. Box 20825, Fountain Valley, CA 92728-0825 |
| 15021153 | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 26 2026 00:29:00 | Internal Revenue Service, PO Box 7346, Centralized Insolvency Operation, Philadelphia, PA 19101-7346 |
| 15038038 | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 26 2026 00:29:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15021154 | ^ MEBN | Feb 26 2026 00:23:38 | KIA MOTORS FINANCE C, 4000 MACARTHUR BLVD STE, NEWPORT BEACH, CA 92660-2558 |
| 15037730 | ^ MEBN | Feb 26 2026 00:23:42 | LAKEVIEW LOAN SERVICING LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15034298 | Email/Text: bncmail@w-legal.com | Feb 26 2026 00:29:00 | Landmark Strategy Group, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602 |
| 15041318 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 26 2026 00:30:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15021156 | Email/Text: camanagement@mtb.com | Feb 26 2026 00:29:00 | M & T BANK, 1 FOUNTAIN PLZ, BUFFALO, NY 14203 |
| 15022090 | + Email/Text: bankruptcy@dedicatedgbc.com | Feb 26 2026 00:29:00 | Millstone Funding, C/O Dedicated Financial GBC, 4000 Lexington Ave N. Ste 125, Shoreview, MN 55126-3153 |
| 15031794 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Feb 26 2026 00:28:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 15045553 | + Email/Text: bankruptcygroup@peco-energy.com | Feb 26 2026 00:29:00 | PECO, 2301 Market St, 04 NW, Philadelphia, PA 19103-1380 |
| 15022735 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 26 2026 00:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 15033713 | ^ MEBN | Feb 26 2026 00:23:42 | Philadelphia Gas Works, 800 W Montgomery Ave 3f, Philadelphia, PA 19122-2898 |
| 15028773 | + Email/Text: bankruptcy1@pffcu.org | Feb 26 2026 00:28:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 15041732 | Email/Text: bnc-quantum@quantum3group.com | Feb 26 2026 00:29:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15042376 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 26 2026 00:30:18 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15021159 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2026 00:30:06 | SYNCB/CARE CREDIT, PO BOX 71757, PHILADELPHIA, PA 19176-1757 |
| 15021160 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2026 00:30:28 | SYNCB/TJX COS DC, PO BOX 71746, PHILADELPHIA, PA 19176-1746 |
| 15035561 | Email/Text: bncmail@w-legal.com | Feb 26 2026 00:29:00 | TD Bank USA, N.A., C/O Weinstein & Riley, PS, 749 GATEWAY, SUITE G-601, ABILENE, TX 79602 |
| 15021161 | + Email/Text: bncmail@w-legal.com | Feb 26 2026 00:29:00 | TD BANK USA/TARGETCRED, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |

TOTAL: 32

District/off: 0313-2                                    User: admin                                         Page 3 of 3
Date Rcvd: Feb 25, 2026                          Form ID: 155                                      Total Noticed: 41

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2026                         Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC  bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MICHAEL SETH SCHWARTZ | on behalf of Debtor Urkiya Lomidze msbankruptcy@gmail.com  MSchwartz@jubileebk.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Urkiya Lomidze | ) | Case No. 25–12491–amc |
| | ) | |
| | ) | |
|    Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: February 24, 2026

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court