IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: URKIYA LOMIDZE ) | |
| **Debtor(s)** ) | |
| ) | CHAPTER 13 |
| HYUNDAI CAPITAL AMERICA AS ) | |
| SERVICER FOR HYUNDAI LEASE ) | Case No.: 25-12491 (AMC) |
| TITLING TRUST ) | |
| **Movant** ) | |
| ) | **Hearing Date:  5-19-26 at 11:00 AM** |
| v. ) | |
| ) | |
| URKIYA LOMIDZE ) | 11 U.S.C. 362 |
| ELDAR A. KARIMOV ) | |
| **Respondent(s)** ) | 11 U.S.C. 1301 |
| ) | |
| KENNETH E. WEST ) | |
| **Trustee** ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Hyundai Capital America as servicer for Hyundai Lease Titling Trust and the Debtor in settlement of the Motion For Stay Relief And Co-Debtor Relief, and filed on or about June 2, 2026 in the above matter is APPROVED.

Dated: June 11, 2026

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE