United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 25-12491-amc

Urkiya Lomidze                                                                      Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jun 11, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol         Definition**

+                        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                        regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2026:**

**Recip ID                    Recipient Name and Address**
db                        +  Urkiya Lomidze, 142 Gardner Street, Philadelphia, PA 19116-2608

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2026                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC  bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MICHAEL SETH SCHWARTZ | on behalf of Debtor Urkiya Lomidze msbankruptcy@gmail.com  MSchwartz@jubileebk.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Hyundai Capital America as servicer for Hyundai Lease Titling Trust wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: URKIYA LOMIDZE ) | |
| **Debtor(s)** ) | |
| ) | CHAPTER 13 |
| HYUNDAI CAPITAL AMERICA AS ) | |
| SERVICER FOR HYUNDAI LEASE ) | Case No.: 25-12491 (AMC) |
| TITLING TRUST ) | |
| **Movant** ) | |
| ) | **Hearing Date:  5-19-26 at 11:00 AM** |
| v. ) | |
| ) | |
| URKIYA LOMIDZE ) | 11 U.S.C. 362 |
| ELDAR A. KARIMOV ) | |
| **Respondent(s)** ) | 11 U.S.C. 1301 |
| ) | |
| KENNETH E. WEST ) | |
| **Trustee** ) | |

### ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Hyundai Capital America as servicer for Hyundai Lease Titling Trust and the Debtor in settlement of the Motion For Stay Relief And Co-Debtor Relief, and filed on or about June 2, 2026 in the above matter is APPROVED.

Dated: June 11, 2026

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE